**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6603**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL KENNY CARTER, a/k/a Blaze,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:17-cr-00351-JFA-1)

Submitted:  January 26, 2024                                Decided:  February 5, 2024

Before GREGORY, AGEE, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Kenny Carter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Kenny Carter appeals the district court's orders denying his postjudgment motions and his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *United States v. Carter*, No. 3:17-cr-00351-JFA-1 (D.S.C. May 2, 2023, May 24, 2023, and July 28, 2023). Carter's motion titled as a writ and his motions for default, to expedite, for bail or release pending appeal, and to voluntarily dismiss his appeal without prejudice are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*